UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>-against-<br><br>F. FREDERICK BREUNINGER & SON INSURANCE, INC.,<br>                Defendant. | Case No. 2:20-cv-03232-MMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
         January 12, 2021

                                                                 Respectfully submitted,

                                                                 /s/ David S. Glanzberg
                                                                 Glanzberg Tobia Law, P.C.
                                                                 *Attorneys for Plaintiff*